**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Braulio Sedano Navarro, | NO. 2:26-cv-00904-GMN-NJK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. | |
| CoreCivic, Inc., et al., | **(First Request)** |
| Defendants. | |

Plaintiff and CoreCivic stipulate to extend the deadline for CoreCivic to respond to Plaintiff's Complaint by one week from April 1, 2026 to April 8, 2026. This is the first stipulation for extension of time to respond to Plaintiff's Complaint. LR IA6-1(a).

On March 31, 2026, CoreCivic requested that Plaintiff stipulate to an extension of time to respond to the Complaint until 30 days after the Court rules on Plaintiff's anticipated motion to remand. Plaintiff declined that request as excessive and instead offered a more limited extension of seven (7) calendar days. CoreCivic thereafter filed a Motion to Extend Deadline to File Responsive Pleading. (Dkt. 9.) The Court denied CoreCivic's request, noting that Plaintiff has not filed a motion to remand. (Dkt. 10.) CoreCivic now requires additional time to review Plaintiff's Complaint and

prepare its response.  For those reasons, the parties stipulate to and respectfully request that the Court extend the responsive pleading deadline by one week from April 1, 2026 to April 8, 2026.

Plaintiff enters into this Stipulation solely for purposes of this limited extension and does not concede that subject matter jurisdiction exists in this Court. Plaintiff expressly reserves all rights to seek remand of this action to state court, and nothing in this Stipulation shall be construed as consent to federal jurisdiction or a waiver of any arguments in support of remand.  Nothing in this Stipulation shall further be construed as a waiver of, or agreement that, CoreCivic has demonstrated good cause to extend its deadline to respond to the Complaint to a date 30 days after the Court rules on any motion to remand, which position Plaintiff vigorously contests.

DATED this 1st day of April 2026.

THOMAS BECKON LAW PLLC

By /s/ Thomas N. Beckom *(with permission)*
   Thomas N. Beckom
   610 South 9th Street
   Las Vegas, NV  89101

   Lawrence C. Hill
   Sean P. O'Callaghan
   Armita Hashemi
   LAWRENCE C. HILL & ASSOCIATES, LTD.
   2020 W. Sunset Road
   Henderson, Nevada  89014

   Mitchell S. Bisson
   Law Offices of Mitchell S. Bisson
   911 N. Buffalo Dr., Ste. 202
   Las Vegas, NV  89128

*Attorneys for Plaintiff*

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
   Ashlee B. Hesman
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   James E. Harper
   HARPER | WIXOM
   1935 Village Center Circle
   Las Vegas, Nevada  89134
   eservice@harperwixom.com

*Attorneys for Defendant CoreCivic, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2026_____

2